814

No. 81–61. UNITED MINE WORKERS OF AMERICA HEALTH & RETIREMENT FUNDS ET AL. *v.* ROBINSON ET AL. C. A. D. C. Cir. Certiorari granted.

No. 80–1608. UNITED STATES *v.* JOHNSON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–89. ZANT, WARDEN *v.* STEPHENS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 80–1663. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. *v.* ALLIED INTERNATIONAL, INC. C. A. 1st Cir. Certiorari granted and case set for oral argument in tandem with No. 80–1045, *Jacksonville Bulk Terminals, Inc. v. International Longshoremen's Assn.* [certiorari granted, 450 U. S. 1029].

No. 80–1798. WOELKE & ROMERO FRAMING, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.;

No. 80–1808. PACIFIC NORTHWEST CHAPTER OF THE ASSOCIATED BUILDERS & CONTRACTORS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 81–91. OREGON-COLUMBIA CHAPTER, ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Motion of Air Conditioning & Refrigeration Institute et al. for leave to file a brief as *amici curiae* in Nos. 80–1798 and 80–1808 granted. Motion of Associated General Contractors of America, Inc., for leave to file a brief as *amicus curiae* in No. 80–1808 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 654 F. 2d 1301.